# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHARON J. HELZER, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:19-cv-03656 |
| ) | |
| v. ) | Honorable Robert Blakey |
| ) | |
| FLORIDA DEPARTMENT OF EDUCATION, ) | Honorable Magistrate |
| AND EQUIFAX INFORMATION SERVICES, ) | Gabriel A. Fuentes |
| LLV, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT FLORIDA DEPARTMENT OF EDUCATION'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendant The Florida Department of Education ("FDOE") moves for an extension of time of 21 days, to July 26, 2019, to respond to the Complaint. In support thereof, the FDOE states as follows:

1. The Complaint in this case was filed on May 31, 2019.

2. Due to the date of service of the Complaint, the FDOE's response would be due by July 5, 2019.

3. The FDOE has only recently obtained counsel admitted to practice in the Northern District of Illinois.

4. The FDOE has been working diligently to prepare a response, but needs an extension of time of up to 21 days to complete its response.

5. Plaintiff's counsel consents to this requested extension of 21 days.

WHEREFORE, the FDOE respectfully moves this Court grant the City an extension of time of 21 days, to July 26, 2019 to answer or otherwise respond to the Complaint.

Dated: July 5, 2019                Respectfully submitted,


                                   By: /s/ *Gregory E. Ostfeld*
                                   Gregory E. Ostfeld (Attorney No. 6257163)

                                   *Attorney for the Florida Department of Education*

                                   Greenberg Traurig, LLP
                                   77 West Wacker Drive, Suite 3100
                                   Chicago, Illinois 60601
                                   Tel: (312) 456-8400

ADMIN 35496734v1

# CERTIFICATE OF SERVICE

I, Gregory E. Ostfeld, an attorney, hereby certify that on July 5, 2019, I caused the foregoing **Defendant Florida Department of Education's Unopposed Motion for Extension of Time to Respond to the Complaint** to be served through the ECF system on all attorneys of record.

Dated: July 5, 2019                                     /s/ *Gregory E. Ostfeld*