UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sharon J. Helzer,<br><br>  Plaintiff,<br><br>v.<br><br>Florida Department of Education, et al.<br><br>  Defendant. | Case No. 19-cv-3656<br><br>Judge John Robert Blakey |

## CASE MANAGEMENT ORDER

Consistent with proceedings in open court on August 1, 2019, the Court sets the following case management dates:

| | |
|---|---|
| Case Management Conference (CMC) | Thursday, August 01, 2019 |
| Deadline for final Rule 26 disclosures | Thursday, August 15, 2019 |
| Deadline for final written discovery to issue | Thursday, August 29, 2019 |
| Deadline for any amendments (new allegations, claims, or parties) | Monday, January 20, 2020 |
| **Final Discovery Status (FDS)** | Tuesday, January 28, 2020 at 9:45 a.m. in Courtroom 1203. |
| **Close of Fact Discovery** | Monday, February 17, 2020 |
| Deadline for filing dispositive motions | Monday, March 09, 2020 |
| Deadline for responses to dispositive motions | Monday, March 30, 2020 |
| Deadline for replies in support of dispositive motions | Monday, April 06, 2020 |
| **Hearing on any dispositive motions** | Tuesday, June 02, 2020 at 9:45 a.m. in Courtroom 1203. |
| Deadline for filing the Final Pretrial Order and motions in limine | Tuesday, July 07, 2020 |
| Deadline for filing responses to motions in limine | Tuesday, July 14, 2020 |
| Final Pretrial Conference | Monday, July 27, 2020 at 1:30 p.m. in Courtroom 1203. |
| **Trial** | Monday, August 3, 2020 at 10:30 a.m. in Courtroom 1203. |

The parties are expected to review and comply with the Court's standing orders, including the order on proposed pretrial procedures (including motions in limine) and the Court's jury selection protocol in civil cases, which are available on Judge Blakey's information page on the Court's official website:

www.ilnd.uscourts.gov.  The parties should be aware that if they resolve their dispute on or after the first day of jury selection, the Court will assess juror costs.

Dated:  August 1, 2019

                                                Entered:

                                                _____
                                                John Robert Blakey
                                                United States District Judge